799 A.2d 1289

IN THE MATTER OF ROBERT W. SPENCER,
AN ATTORNEY AT LAW.

June 28, 2002.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **ROBERT W. SPENCER** of **TARRYTOWN, NEW YORK,** who was admitted to the bar of this State in 1966, and who was suspended from the practice of law for a period of one year, retroactive to August 16, 2000, by Order of this Court filed June 25, 2001, be restored to the practice of law, effective immediately.